THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 

v.

 
 
 
 
 Patrick
 Percival Bryant, Appellant.
 
 

Appeal From Georgetown County
Michael J. Baxley, Circuit Court Judge

Unpublished Opinion No. 2010-UP-006
 Submitted January 4, 2010  Filed January
21, 2010    

AFFIRMED

 
 
 
 Appellate Defender Katherine H. Hudgins,
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, Assistant Attorney General William M. Blitch, Jr. all of
 Columbia; and Solicitor J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM: Patrick
 Percival Bryant was convicted of criminal sexual conduct (CSC) with a minor in
 the second degree and sentenced to life in prison without parole.  Bryant
 appeals, arguing the trial court erred in (1) allowing the State to question
 him about details regarding a prior conviction for criminal domestic violence
 of a high and aggravated nature (CDVHAN) and (2) admitting into evidence his
 indictment for the CDVHAN charge.  We affirm pursuant to Rule 220(b), SCACR and the following authorities:  ISSUE I:  State
 v. Beam, 336 S.C. 45, 52, 518 S.E.2d 297, 301 (Ct. App. 1999) (stating one
 may not complain about the admission of evidence where he opened the door to
 that evidence); State v. White, 361 S.C. 407, 415-16, 605 S.E.2d 540,
 544 (2004) (noting evidence which may otherwise be inadmissible may be properly
 admitted when the door is opened to that evidence by the complaining party); Beam,
 336 S.C. at 52, 518 S.E.2d at 301(holding when a party introduces evidence
 about a particular matter, the other party is entitled to explain it or rebut
 it, even if the latter evidence would be incompetent or irrelevant had it been
 offered initially); State v. Price, 368 S.C. 494, 499, 629 S.E.2d 363,
 366 (2006) (providing the admission of improper evidence is harmless where the
 evidence is merely cumulative to other evidence); State v. Schumpert, 312
 S.C. 502, 507, 435 S.E.2d 859, 862 (1993) (stating that any error in admission
 of evidence cumulative to other unobjected-to evidence is harmless); ISSUE II:  State v. Dunbar, 356 S.C. 138, 142, 587 S.E.2d 691, 693-94 (2003)
 (holding, for an issue to be properly preserved for review, it must be raised
 to and ruled upon by the trial court, and issues not so raised and ruled upon
 will not be considered on appeal; a party may not argue one ground at trial and
 another ground on appeal;  while a party need not use the exact name of a legal
 doctrine in order to preserve an argument, it must be clear that the argument
 has been presented on that ground).[1]
AFFIRMED.
HUFF, A.C.J.,
 GEATHERS, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.